864

No. 77–5043.  BASS *v.* SULLIVAN, CORRECTIONS COMMISSIONER, ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 77–5045.  CLARK *v.* NEW YORK.  Ct. App. N. Y.  Certiorari denied.

No. 77–5047.  GORDY *v.* UNITED STATES.  C. A. 3d Cir.  Certiorari denied.

No. 77–5048.  DUDAR *v.* UNITED STATES.  C. A. 6th Cir.  Certiorari denied.

No. 77–5050.  MUNN *v.* UNITED STATES.  C. A. 10th Cir.  Certiorari denied.

No. 77–5051.  LOWE *v.* HOOVER.  Sup. Ct. Alaska.  Certiorari denied.

No. 77–5052.  PALMER *v.* LOUISIANA.  Sup. Ct. La.  Certiorari denied.

No. 77–5053.  SHAW *v.* THOMPSON, WARDEN.  C. A. 6th Cir.  Certiorari denied.

No. 77–5054.  FAIR *v.* CITY OF TAMPA ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 77–5056.  NEARY *v.* UNITED STATES.  C. A. 7th Cir.  Certiorari denied.

No. 77–5058.  GREENE *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 77–5060.  ABBITT *v.* VIRGINIA.  Sup. Ct. Va.  Certiorari denied.

No. 77–5062.  FULTON *v.* UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 77–5064.  BETTKER *v.* WHITLEY ET AL.  C. A. 6th Cir.  Certiorari denied.